UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-80744-DMM/DLB

NICHOLAS C. KRIKORIAN,

    Plaintiff,

vs.

BROKEN SOUND CLUB, INC., a Florida Corporation,

    Defendant.

_____

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY 24

Defendant, Broken Sound Club, Inc., by and through undersigned counsel hereby withdraws it Motion for Rule 11 Sanctions and Memorandum of Law in Support (D.E.24).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by E-Mail on November 17, 2017, to **Robert S. Norell, Esq.,** rob@floridawagelaw.com, layla@floridawagelaw.com, and **James A. Peterson, Esq.,** james@floridawagelaw.com, Robert

CASE NO.:  17-cv-80744-DMM/DLB

S. Norell, P.A., 300 NW 70th Avenue, Suite 305, Plantation, FL  33317, *Attorneys for Plaintiff.*

*s/ Suzanne A. Singer*
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
STELLA S. CHU
Florida Bar No.:  0060519
E-mail:  schu@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580

*Attorneys for Defendant, Broken Sound Club, Inc.*

10678847.1