UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-cv-80744-DMM/DLB

NICHOLAS C. KRIKORIAN,

      Plaintiff,

vs.

BROKEN SOUND CLUB, INC., a Florida Corporation,

      Defendant.

_____/

**JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Plaintiff Nicholas C. Krikorian ("Plaintiff") and Defendant Broken Sound Club, Inc. ("BSC")(together referred to as "Parties"), by and through their respective counsel, hereby jointly move to dismiss, *with prejudice*, all claims brought by Plaintiff against BSC.  In further support thereof, the Parties state as follows:

    1.)    Plaintiff filed a two-count Complaint against BSC based on alleged violations of the Fair Labor Standards Act ("FLSA") [D.E. 1]: 1) Violation of the FLSA – Unpaid Overtime, and 2) Violation of the FLSA – Retaliatory Discharge. *Id.*

    2.)    After extensive discovery and exchange of relevant documents and information, the parties have decided to mutually agree to end this litigation. Specifically, Plaintiff has evaluated the risk of continuing to litigate his claims by factoring time and expense that will be expended over the next few weeks, with such time investment including Plaintiff's presence at several depositions. Plaintiff has recently started working at a new job in the same industry (country club), which is in high season at the moment. Plaintiff's time investment will

cause him to miss work, endanger his job and ultimately result in a loss of income.

    3.)    As a result of what has been learned in discovery, Plaintiff would have amended his complaint to remove one claim and add another. Such amendment would have required the Plaintiff to amend his Statement of Claim as well. Plaintiff's purported amendment to his Statement of Claim would result in a much lower amount of damages at issue.

    4.)    Thus, Plaintiff has decided to drop his claim and avoid the time and expense that he will incur if the case moved forward, which would likely not be justified by the amount of damages that he would recover, assuming that Plaintiff prevailed, which was not a certainty.

    5.)    It has and continues to be BSC's position that if this matter were to proceed to trial, the evidence would establish that there was no bona fide dispute over FLSA violations because no such violations occurred. As such, in light of Plaintiff's desire to dismiss the case with prejudice, BSC joins in this dismissal.

    6.)    There has been no settlement in this case other than the parties stipulated to dismissal of this litigation, with each side to bear its own fees and costs. Being that the Plaintiff has decided that the risk does not justify that he continue to pursue his case, Plaintiff requires that the Defendant agree not to seek an award of costs, which it could do, but for the parties' stipulation to bear their own fees and costs.

WHEREFORE, based on the foregoing Plaintiff, Nicholas Krikorian and Defendant, Broken Sound Club respectfully requests that this matter be dismissed with prejudice, each party to bear their own attorneys' fees and costs of this action.

    Dated this 30th day of November, 2017.

| | |
|---|---|
| *s/ Robert S. Norell* | *s/ Suzanne A. Singer* |
| ROBERT S. NORELL | SUZANNE A. SINGER |
| rob@floridawagelaw.com | Florida Bar No.: 0946222 |
| Florida Bar No. 996777 | E-mail: ssinger@rumberger.com |
| ROBERT S. NORELL, P.A. | Rumberger, Kirk, & Caldwell, P.A. |
| 300 N.W. 70th Ave., Suite 305 | A Professional Association |
| Plantation, FL 33317 | Brickell City Tower, Suite 3000 |
| Tel: (954) 617-6017 | 80 Southwest 8th Street |
| Fax: (954) 617-6018 | Miami, Florida 33130-3037 |
| | Tel: 305.358.5577 |
| Of Counsel | Fax: 305.371.7580 |
| JAMES A. PETERSON | |
| Fla. Bar No. 645621 | *Attorneys for Defendant, Broken Sound Club, Inc.* |
| E-Mail: James@FloridaWageLaw.com | |
| ROBERT S. NORELL, P.A. | |
| 300 NW 70thAvenue | |
| Suite 305 | |
| Plantation, Florida 33317 | |
| Telephone: (954) 617-6017 | |
| Facsimile: (954) 617-6018 | |
| | |
| *Attorneys for Plaintiff* | |